FILED

2009 FEB 20  AM 10: 07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNIX_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NAPOLEON A. JONES, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON LLOYD ENGELMAN,<br><br>    Defendant. | Case No. 04cr02327-J<br><br>ORDER RESCHEDULING DATE OF THE VIOLATION OF SUPERVISED RELEASE HEARING |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the violation of supervised release hearing set for February 23, 2009, at 8:15 a.m. be rescheduled to March 23, 2009, at 8:15 a.m.

**SO ORDERED.**

Dated: 2-20-09

NAPOLEON A. JONES, JR.
United States District Court Judge