FILED
09 MAR 20 PM 1:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NAPOLEON A. JONES, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON LLOYD ENGELMAN,<br><br>    Defendant. | Case No. 04cr02327-J<br><br>ORDER RESCHEDULING DATE OF THE VIOLATION OF SUPERVISED RELEASE HEARING |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the violation of supervised release hearing set for March 23, 2009, at 8:15 a.m. be rescheduled to June 1, 2009, at 8:15 a.m.

**SO ORDERED.**

Dated: 3-20-09

NAPOLEON A. JONES, JR.
United States District Court Judge